IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MISS TIFFANY MCCALL,**  :  Plaintiff,  : : v.  : : **NEMOURS CHILDREN'S HOSPITAL**, *et al.*,  :  Defendants.  : | **CIVIL ACTION NO. 25-CV-1162** |

## ORDER

AND NOW, this 24th day of September 2025, upon consideration of Plaintiff Miss Tiffany McCall's *pro se* Amended Complaint (ECF No. 7), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to **ADD** the Montgomery County Office of Children and Youth Services as a Defendant.

2. For the reasons stated in the Court's Memorandum, McCall's claims against the Montgomery County Office of Children and Youth Services are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk of Court is **DIRECTED** to **TERMINATE** the Montgomery County Office of Children and Youth Services as a Defendant.

4. The Clerk of Court is **DIRECTED** to send McCall a blank copy of the Court's standard form complaint for non-prisoners to use to file a complaint bearing the above civil action number.

5. McCall is granted thirty (30) days in which to file a second amended complaint in the event she can allege additional facts to state a plausible claim against individuals employed by the Montgomery County Office of Children and Youth Services or against Montgomery County. Any second amended complaint shall identify all defendants in the caption of the

second amended complaint in addition to identifying them in the body of the second amended complaint, shall state the basis for McCall's claims against each defendant, and shall bear the title "Second Amended Complaint" and the case number 25-1162.  **If McCall files a second amended complaint, her second amended complaint must be a complete document that includes all of the bases for McCall's claims, including claims that the Court has not yet dismissed, if she seeks to proceed on those claims.  Claims that are not included in the second amended complaint will not be considered part of this case.**  When drafting her second amended complaint, McCall should be mindful of the Court's reasons for dismissing her claims as explained in the Court's Memorandum.  Upon the filing of a second amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

6.      If McCall does not file a second amended complaint the Court will direct service of her Amended Complaint on Defendant Nemours Children's Hospital only.  McCall may also notify the Court that she seeks to proceed on these claims rather than file a second amended complaint.  If she files such a notice, McCall is reminded to include the case number for this case, 25-1162.

7.      The time to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED** to the date 90 days after the Court issues summonses in this case if summonses are issued.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**