**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MISS TIFFANY MCCALL,<br>*Plaintiff,*<br>v.<br>NEMOURS CHILDREN'S HOSPITAL and DENAE SWEENY,<br>*Defendants.* | CIVIL ACTION<br>NO. 25-1162 |

**ORDER**

**AND NOW**, this 13th day of October 2026, upon consideration of Defendant Nemours Children's Hospital's Motion for Summary Judgment (Dkt. No. 24) and Statement of Undisputed Material Facts (Dkt. No. 26-2) and Plaintiff Miss Tiffany McCall's Response (Dkt. No. 26), it is **ORDERED** that the Motion is **GRANTED** and judgment is entered for Nemours Children's Hospital.

McCall shall serve Denae Sweeny with process[1] in a manner consistent with Federal Rule of Civil Procedure 4 on or before January 11, 2027. Failure to do so will result in a dismissal with prejudice under Federal Rule of Civil Procedure 41(b).

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.

[1] Pursuant to Federal Rule of Civil Procedure 4(m), where a "defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice or order that service be made within a specified time." McCall filed her Second Amended Complaint on October 24, 2025. (Dkt. No. 10.) On March 25, 2026, she filed a verification of service stating she "has run out of options on service locations for Sweeny." (Dkt. No. 22.) Far more than 90 days have passed since the complaint was filed, and Sweeny has still not been served in a manner consistent with Rule 4(m).